NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


DAVID McMANNIS,                          )
                                         )
              Appellant,                 )
                                         )
v.                                       )          Case No. 2D17-1268
                                         )
STATE OF FLORIDA,                        )
                                         )
              Appellee.                  )
_____  )

Opinion filed December 6, 2019.

Appeal from the Circuit Court for Charlotte
County; Mark A. Steinbeck, Senior Judge.

Mark S. Lowry of Lowry Legal, LLC, Fort
Lauderdale; and A. Michael Bross, West
Melbourne, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Cynthia Richards,
Assistant Attorney General, Tampa, for
Appellee.



PER CURIAM.

            Affirmed.

NORTHCUTT, BLACK, and ROTHSTEIN-YOUAKIM, JJ., Concur.